# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JASON NAIMI, ESQUIRE, AN INDIVIDUAL; THOMAS J. STANDISH, ESQUIRE, AN INDIVIDUAL; AND STANDISH LAW GROUP, CHTD., D/B/A STANDISH NAIMI LAW GROUP, A NEVADA PROFESSIONAL LLC, <br> Appellants, <br> vs. <br> DOAN L. PHUNG, <br> Respondent. | No. 81506 <br><br> **FILED** <br><br> JAN 14 2021 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY _____ <br> DEPUTY CLERK |
| DOAN L. PHUNG, <br> Appellant, <br> vs. <br> JASON NAIMI, ESQUIRE, AN INDIVIDUAL; THOMAS J. STANDISH, ESQUIRE, AN INDIVIDUAL; AND STANDISH LAW GROUP, CHTD., D/B/A STANDISH NAIMI LAW GROUP, A NEVADA PROFESSIONAL LLC, <br> Respondents. | No. 81555 |

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

21-01182

cc:   Hon. Susan Johnson, District Judge
Thomas J. Tanksley, Settlement Judge
Lipson Neilson P.C.
Law Office of Vernon L. Bailey
Eighth District Court Clerk